435 A.2d 908

Commonwealth v. O'Neil, Appellant.

Submitted September 11, 1980. Basil G. Russin, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

435 A.2d 908

Commonwealth v. Race, Appellant.

Submitted November 12, 1980. Donald R. Calaiaro, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.